**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| POPSOCKETS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GUANGDONG S-ZONE ELECTRONIC LTD., et al.,<br><br>        Defendants. | Case No. 18-cv-06364<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Michael T. Mason** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Hosum Store | 28 |
| linga-23 | 56 |
| souqing5763-0 | 58 |

1

Dated this 17th day of December 2018.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff PopSockets LLC*